GLOBAL CONSTRUCTION &
EQUIPMENT, L.L.C. AND MICHELLE
HEBERT

VERSUS

RATHBORNE PROPERTIES, L.L.C.

C/W

RATHBORNE PROPERTIES, L.L.C.

VERSUS

GLOBAL SOLUTION ENTERPRISES,
L.L.C.

NO. 18-CA-169
 C/W 18-CA-170

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____
August 05, 2019
_____

_____
Susan Buchholz
_____
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Robert A. Chaisson,
Stephen J. Windhorst, and Hans J. Liljeberg

**REHEARING DENIED**

    **RAC**
    **SJW**
    **HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY <u>08/05/2019</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

**MARY E. LEGNON**
INTERIM CLERK OF COURT

**18-CA-169**
**C/W 18-CA-170**

### E-NOTIFIED

No Attorneys were ENOTIFIED

### MAILED

Patrick H. Patrick (Appellee)
Stephen E. Mattesky (Appellee)
Attorneys at Law
400 Poydras Street
Suite 1680
New Orleans, LA 70130

Jacob Kansas (Appellant)
Attorney at Law
Post Office Box 1330
Gretna, LA 70054-1330